**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert Davis Sr. | Social Security number or ITIN xxx–xx–6404 |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Olivia Valentino–Davis | Social Security number or ITIN xxx–xx–5034 |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 12–33001–SLM | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Davis Sr.                                    Olivia Valentino–Davis

11/8/17                                              **By the court:** Stacey L. Meisel
                                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-33001-SLM
Robert Davis, Sr.
Olivia Valentino-Davis                                                    Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 2         Date Rcvd: Nov 08, 2017
                            Form ID: 3180W         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db            #+Robert Davis, Sr.,    1509 Elaine Terrace North,    Union, NJ 07083-4703
jdb           #+Olivia Valentino-Davis,    1509 Elaine Terrace North,    Union, NJ 07083-4703
cr             +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                 Suite 302,    Roseland, NJ 07068-1640
513369044      +Aa Action Collection,    29 Columbia Tpk., Ste. 302,    Florham Park, NJ 07932-2240
515899017      +Elizabeth Payero,    168 Harrison Avenue,    Garfield, NJ 07026-1533
515899018      +Ivelisse Luna,    2850 Webb Avenue, Apt. 7D,    Bronx, NY 10468-2141
515899019     #+Joan Valdez,    141 Hope Avenue,    Passic, NJ 07055-6717
513369061     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: NationStar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
513383791      +Nationstar Mortgage,    Brice, Vander Linden & Wernick,    PO Box 829009,   Dallas, TX 75382-9009
515405074      +Nationstar Mortgage LLC,    PO Box 619094,    Dallas, TX 75261-9094
513369062      +Office of Tax Collector,    1976 Morris Avenue,    P.O. Box 3609,   Union, NJ 07083-1894
515899016      +PAM Investors,    127 So. Washington Avenue,    Bergenfield, NJ 07621-2938
515899020      +Ricardo Rodriguez,    P.O. Box 2431,    Clifton, NJ 07015-2431
513369066      +Toyrs R US,    Credit Card/GECRB,    P.O. Box 530939,    Atlanta, GA 30353-0939
513369070       Wffinancial,    Mac 4031-080,    Phoenix, AZ 85038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2017 22:44:09     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2017 22:44:06      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513369045      +EDI: GMACFS.COM Nov 08 2017 22:23:00     Ally Financial,    P.O. Box 9001951,
                 Louisville, KY 40290-1951
513394789      +EDI: GMACFS.COM Nov 08 2017 22:23:00     Ally Financial Inc. f/k/a GMAC Inc.,    P O Box 130424,
                 Roseville, MN 55113-0004
513509513       EDI: AIS.COM Nov 08 2017 22:23:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
513369050       EDI: CITICORP.COM Nov 08 2017 22:23:00     Citibank Usa,
                 Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,    Kansas City, MO 64195
513369046      +EDI: RESURGENT.COM Nov 08 2017 22:23:00     Cach Llc/Square Two Financial,
                 Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
513369048      +EDI: RESURGENT.COM Nov 08 2017 22:23:00     Cach Llc/Square Two Financial,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3581
513369051      +EDI: CITICORP.COM Nov 08 2017 22:23:00     Citibank Usa,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
513369052      +EDI: RMSC.COM Nov 08 2017 22:23:00     GE Money Bank,    PEP Boys Credit Card,   P.O. Box 960061,
                 Orlando, FL 32896-0061
513369053      +EDI: RMSC.COM Nov 08 2017 22:23:00     Gecrb/tydc,   Po Box 965005,    Orlando, FL 32896-5005
513369055      +EDI: RMSC.COM Nov 08 2017 22:23:00     Gemb/walmart Dc,    Po Box 981400,
                 El Paso, TX 79998-1400
513369054      +EDI: RMSC.COM Nov 08 2017 22:23:00     Gemb/walmart Dc,    Walmart/GEMB,   Po Box 103104,
                 Roswell, GA 30076-9104
513369056      +EDI: IIC9.COM Nov 08 2017 22:23:00     Ic Systems Inc,    Po Box 64378,
                 St. Paul, MN 55164-0378
513369057      +EDI: IIC9.COM Nov 08 2017 22:23:00     Ic Systems Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
513369058      +EDI: MID8.COM Nov 08 2017 22:23:00     Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
513635051       EDI: PRA.COM Nov 08 2017 22:23:00     Portfolio Recovery Associates, LLC,
                 c/o Citibank South Dakota, N.a.,    POB 41067,    Norfolk VA 23541
513635056       EDI: PRA.COM Nov 08 2017 22:23:00     Portfolio Recovery Associates, LLC,    c/o Ge Money Bank,
                 POB 41067,    Norfolk VA 23541
513635053       EDI: PRA.COM Nov 08 2017 22:23:00     Portfolio Recovery Associates, LLC,    c/o Toysrus,
                 POB 41067,    Norfolk VA 23541
513635054       EDI: PRA.COM Nov 08 2017 22:23:00     Portfolio Recovery Associates, LLC,    c/o Wal-mart,
                 POB 41067,    Norfolk VA 23541
513369063      +EDI: SEARS.COM Nov 08 2017 22:23:00     Sears Credit Card,    P.O. Box 183082,
                 Columbus, OH 43218-3082
513369065      +EDI: SEARS.COM Nov 08 2017 22:23:00     Sears/cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
513369064      +EDI: SEARS.COM Nov 08 2017 22:23:00     Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
513369067      +EDI: VERIZONCOMB.COM Nov 08 2017 22:23:00     Verizon,    P.O. Box 4830,
                 Trenton, NJ 08650-4830
513369068      +EDI: RMSC.COM Nov 08 2017 22:23:00     Walmart Discover Card,    P.O. Box 960024,
                 Orlando, FL 32896-0024
513447339       EDI: WFFC.COM Nov 08 2017 22:23:00     Wells Fargo Bank, N.A.,    Wells Fargo Auto Finance,
                 PO Box 29706,    Phoenix, AZ 85038-9706
513369069      +EDI: WFFC.COM Nov 08 2017 22:23:00     Wffinancial,    Attention: Bankruptcy,   Po Box 29704,
                 Phoenix, AZ 85038-9704
                                                                                               TOTAL: 27

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Nov 08, 2017
                              Form ID: 3180W           Total Noticed: 42


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
513369047*      +Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St.  2nd Floor,
                 Denver, CO 80237-3485
513369049*      +Cach Llc/Square Two Financial,    4340 S Monaco St Unit 2,    Denver, CO 80237-3581
513369060*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage Ll,    350 Highland Dr,   Lewisville, TX 75067)
513369059*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage Ll,    P O box 619096,    Dallas, TX  75261-9741)
513472491      ##+NATIONSTAR MORTAGE,LLC,    350 HIGHLAND DRIVE,    LEWISVILLE, TEXAS 75067-4177
                                                                                           TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Clifford B. Frish    on behalf of Debtor Robert  Davis, Sr. yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              Clifford B. Frish    on behalf of Joint Debtor Olivia   Valentino-Davis yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              David G. Beslow    on behalf of Debtor Robert  Davis, Sr. yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Joint Debtor Olivia   Valentino-Davis yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Joint Debtor Olivia   Valentino-Davis yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark  Goldman    on behalf of Debtor Robert  Davis, Sr. yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              R. A. Lebron    on behalf of Creditor    Nationstar Mortgage, LLC bankruptcy@feinsuch.com
                                                                                             TOTAL: 10
```