Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 12−33001−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert Davis Sr. | Olivia Valentino−Davis |
| 1509 Elaine Terrace North | 1509 Elaine Terrace North |
| Union, NJ 07083 | Union, NJ 07083 |

Social Security No.:
  xxx−xx−6404                                               xxx−xx−5034

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>December 12, 2017</u>                     <u>Stacey L. Meisel</u>
                                                Judge, United States Bankruptcy Court